**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00049-CV**
_____

**CALEN DENISE BRICE, Appellant**

**V.**

**REYNA DIAZ AND DARIA MEZA, Appellees**

**On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 131,500**

**MEMORANDUM OPINION**

The appellant filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The appellant requests immediate issuance of our mandate. *See* Tex. R. App. P. 18.1(c). The motion is granted, and the appeal is therefore dismissed. We direct the Clerk of the Court to issue the mandate immediately.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on March 18, 2020
Opinion Delivered March 19, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.